FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 10 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-730 MLG |
| vs. | ) Counts 1: 18 U.S.C. § 1163: |
| | ) Embezzlement and theft from an Indian |
| **JANICE KOWEMY**, | ) tribal organization. |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

On or about August 21, 2020, in Cibola County and elsewhere, in the District of New Mexico, the defendant, **JANICE KOWEMY,** knowingly, intentionally and willfully, embezzled, stole, converted to her own use, and misapplied money and funds that belonged to the village of Seama, an Indian tribal organization, and funds that were entrusted to the custody and care of an agent of the village of Seama in an amount that was more than $1,000.

In violation of 18 U.S.C. § 1163.

HOLLAND KASTRIN
Acting United States Attorney

_[signature]_

FREDERICK T. MENDENHALL
Assistant U.S. Attorney